**RIO GRANDE VEGETABLE ASSOCIATION, Inc., Appellant, v. George C. CLARKE, Appellee.**

No. 9156.

Court of Civil Appeals of Texas. San Antonio.

Oct. 25, 1933.

Montgomery, Hall & Taylor, of Edinburg, for appellant.

Dew & Dew, of Weslaco, for appellee.

FLY, Chief Justice.

This is an appeal from a judgment for $544.50, based on a claim of appellee against appellant for $829.50.

There are no bills of exception, no assignments of error, or other complaints of the judgment in the record, and there are no briefs for appellant or appellee.

The appeal will be dismissed for want of prosecution.